e-filed 6/5/07

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone:  (408) 535-5056
FAX: (408) 535-5066
Susan.Knight@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00236 JW |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER VACATING HEARING DATE |
| | ) | |
| ANJHANAE STEPHENSON, | ) | SAN JOSE VENUE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

    The undersigned parties respectfully request that the status hearing in the above-captioned case scheduled for Wednesday, June 13, 2007 be vacated.  On May 24, 2007, Judge Ware related this case to United States v. Bayard, CR 06-00100, and therefore, the June 13th appearance is no longer necessary.  The parties have scheduled a status appearance before Judge Ware for Monday, June 18, 2007 at 1:30 p.m.

SO STIPULATED:                     SCOTT N. SCHOOLS
                                 United States Attorney

DATED: 5/29/07             _____/s/_____
                                 SUSAN KNIGHT
                                 Assistant United States Attorney

1

2   DATED: 5/29/07                                    /s/
                                            _____
3                                           VICKI H. YOUNG
                                            Counsel for Ms. Stephenson

4

5       Based on good cause shown, the Court HEREBY ORDERS that the status hearing scheduled

6   for June 13, 2007 be vacated.

7   SO ORDERED.

8   DATED:____6/4/07_____                    _____

9                                           JEREMY FOGEL
                                            United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28