VICKI H. YOUNG
Law Offices of Vicki H. Young
706 Cowper Street, Suite 205
Palo Alto, California 94301

Telephone (415) 421-4347

Counsel for Anjhanae Stephenson

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-236 JW |
| | ) | |
| Plaintiff, | ) | STIPULATION RE CONTINUANCE |
| | ) | OF STATUS DATE; [PROPOSED] |
| v. | ) | ORDER |
| | ) | |
| ANJHANAE STEPHENSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated between the defendant Anjhanae Stephenson, by and through her

attorney of record VICKI H. YOUNG, and the government, through Assistant United States

Attorney Susan Knight, that the status date of October 15, 2007, at 1:30 p.m. be continued to

October 29, 2007, at 1:30 p.m. The reason for this continuance is that defense counsel needs

additional time to review settlement options with the defendant.

Under Title 18 U.S. C. §3161(h)(8)(B)(iv), the continuance is necessary to allow defense

counsel the reasonable time necessary for effective preparation of the defense taking into the account

the exercise of due diligence.

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

1    It is so stipulated.

2  Dated:        October 12, 2007              Respectfully submitted,

3

4

   /s/ Vicki H. Young
5                                             VICKI H. YOUNG, ESQ.
                                              Attorney for Anjhanae Stephenson
6

7  Dated:        October 12, 2007             SCOTT N. SCHOOLS
                                              UNITED STATES ATTORNEY
8

9
    /s/ Susan Knight
10                                            SUSAN KNIGHT
                                              Assistant United States Attorney
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE;
[PROPOSED] ORDER

1

2
                              ~~PROPOSED~~ ORDER
3

4       GOOD CAUSE BEING SHOWN, the status appearance set for October 15, 2007, is continued

5   to October 29, 2007. This Court finds that  the period from October 15, 2007, through and including

6   October 29, 2007, is excludable time under the Speedy Trial Act, 18 U.S.C. §3161(h).  The basis for

7   such exclusion is the additional time was needed by the defense to meet with the defendant to review

8   settlement options.

9       Therefore the ends of justice served by such a continuance outweigh the best interest of the

10  public and the defendants in a Speedy Trial within the meaning of Title 18 U.S.C §3161(h)(8)(A).

11      As required by 18 U.S.C §3161 (h)(8)(B(iv), this Court finds that the reason that the ends of

12  justice outweigh the best interest of the public and the defendant in a speedy trial are the denial of

13  the continuance would unreasonably deny the defendant reasonable time necessary for effective

14  preparation of the pretrial motions and defense, taking into account the exercise of due diligence,

15  and would deny the defendant continuity of counsel.  18 U.S.C. §3161(h)(8)(B)(iv).

16  DATED:   October 12, 2007

17                              _____
                                JAMES WARE
18                              UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

STIPULATION RE CONTINUANCE
[PROPOSED] ORDER